```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-4-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
IN RE MOLYCORP, INC.                                       :
SECURITIES LITIGATION                                      :    Civil Action No. 13 Civ. 5697 (PAC)
                                                           :
                                                           :
-----------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER   *PAC*

The undersigned counsel for the parties herein submit for the Court's approval the following Stipulation and [Proposed] Order:

WHEREAS, this action (the "Action") was commenced by the filing of a Class Action Complaint on August 14, 2013;

WHEREAS, on September 27, 2013, the Court issued an Order providing that Lead Plaintiff shall file a Consolidated Amended Class Action Complaint within 45 days following entry of the Court's order appointing Lead Plaintiff, and that no response to the Consolidated Amended Class Action Complaint shall be due until a schedule has been stipulated and agreed, or otherwise set by the Court;

WHEREAS, on April 2, 2014, the Court issued an Order appointing Gary Armstrong as Lead Plaintiff in this Action, and Kirby McInerney LLP as Lead Counsel;

WHEREAS, on May 19, 2014, Lead Plaintiff together with additional plaintiffs (collectively, "Plaintiffs") filed a Consolidated Amended Class Action Complaint (the "CAC") that, *inter alia*, added new allegations, new claims, and new defendants [Dkt. No. 28]; and

WHEREAS, on May 29, 2014, the defendants submitted a letter to the Court to request a pre-motion conference on defendants' anticipated motion to dismiss the CAC.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

1. Defendants shall answer, move, or otherwise respond to the CAC within seventy-five (75) days following the Court's entry of this Order.

2. If defendants move to dismiss the CAC, Plaintiffs shall have seventy-five (75) days to file opposition papers, and defendants shall have forty-five (45) days to file any reply briefs.

3. This Stipulation is without prejudice to the parties hereto agreeing, subject to Court approval, to a further extension of time regarding any of the deadlines established herein if circumstances warrant.

AGREED TO AND ACCEPTED, this 29th day of May, 2014.

KIRBY McINERNEY LLP

By: _____
Ira M. Press

825 Third Avenue, 16th Floor
New York, New York 10022
Telephone: 212.371.6600
Facsimile: 212.751.2540
ipress@kmllp.com

*Plaintiffs' Lead Counsel*

POMERANTZ LLP

Jeremy A. Lieberman
Matthew Tuccillo
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212.661.1100
Facsimile: 212.661.8665

2

LAW OFFICES OF KENNETH ELAN, ESQ.

Kenneth Elan
217 Broadway, Ste. 603
New York, New York 10007
Telephone: 212.619.0261
Facsimile: 212.385.2707

*Additional Counsel for Plaintiffs*

GIBSON, DUNN & CRUTCHER LLP

By: _____
Robert F. Serio
Gabrielle Levin

200 Park Avenue, 48th Floor
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
rserio@gibsondunn.com
glevin@gibsondunn.com

*Attorneys for Defendant Molycorp, Inc.*

JONES DAY

By: _____
Robert W. Gaffney

222 East 41st Street
New York, New York 10017-6702
Telephone: 212.326.3939
Facsimile: 212.755.7306
rwgaffey@jonesday.com

Eric Landau
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Telephone: 949.851.3939
Facsimile: 949.553.7539
elandau@jonesday.com

*Attorneys for Defendants Constantine
E. Karayannopoulos, Mark A. Smith,
Michael F. Doolan, John L. Burba,
and John F. Ashburn, Jr.*

New York, NY
June 4, 2014

So ordered
Paul Crotty

3