UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-1-16
```

-----------------------------------------------------------X
:
IN RE MOLYCORP, INC.                :     13 Civ. 5697 (PAC)
SECURITIES LITIGATION               :
:     **ORDER**
-----------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

The parties are scheduled to appear for a conference before the Court on December 7 2016, to discuss the so-called "Unopposed Motion for Preliminary Approval of Settlement."

This Court granted Defendants' motion to dismiss on March 12, 2015, without leave to amend, and directed the Clerk to close this case. Dkt. 53. On April 1, 2015, Plaintiffs moved for reconsideration of the March 12, 2015 Order. Dkt. 55. During the pendency of the motion, Defendant Molycorp, Inc. filed for bankruptcy and on July 17, 2015, the Court terminated the pending motion for reconsideration. Dkt. 61, 64. Upon completion of the Molycorp, Inc. bankruptcy, the Court reinstated the motion for reconsideration on May 16, 2016, and denied the motion on May 23, 2016. Dkt. 69, 70.

This case has been dismissed, the matter closed, and reconsideration denied. There is no pending appeal as Plaintiffs' appeal was withdrawn on August 3, 2016. Dkt. 73. It appears that there is no pending case. There is a substantial question of this Court's jurisdiction that the parties must address before this matter may proceed.

Dated: New York, New York
       December 1, 2016

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge