**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**COURTESY COPY**

|  |  |
|---|---|
| IN RE MOLYCORP, INC.<br>SECURITIES LITIGATION | No. 13 Civ. 5697 (PAC) |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION PURSUANT TO RULE 60(b)**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE TO VACATE THE**
**DENIAL OF RECONSIDERATION AND TO REOPEN THE ACTION FOR THE**
**LIMITED PURPOSE OF CONSIDERING SETTLEMENT**

**PLEASE TAKE NOTICE** that, pursuant to Rule 60(b) of the Federal Rules of Civil

Procedure, the accompanying Declaration of Ira. M. Press, and Plaintiffs' Memorandum of Law

in Support of Unopposed Motion, the undersigned will move this Court, at the United States

Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New

York, 10007, before the Honorable Paul A. Crotty for an order vacating the Court's May 23,

2016 Opinion and Order denying Plaintiffs' motion for reconsideration, and reopening the action

for the limited purpose of considering Plaintiffs' November 18, 2016 Unopposed Motion for

Preliminary Approval of the Proposed Settlement of this action.        *1/3/2017*

Dated: December 21, 2016
          New York, New York

*This unopposed Rule 60 b motion is granted*
*for the limited purpose indicated*

Respectfully submitted,    *So ordered*

**KIRBY McINERNEY LLP**    *Paul A Crotty*
                                                          *USDJ*

*/s/ Ira M. Press*
Ira M. Press
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone:  (212) 371-6600
Facsimile:   (212) 751-2540
*Lead Plaintiffs' Counsel*